# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY CLARKE,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 74776

**FILED**

MAR 0 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of the district court denying appellant's pretrial petition for a writ of habeas corpus. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no appeal lies from an order denying a pretrial petition for a writ of habeas corpus. *See Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980) (order denying a pretrial habeas relief is an intermediate order that may be challenged in a timely appeal from the judgment of conviction); *see also* NRS 34.575(2); *Sheriff v. Gillock*, 112 Nev. 213, 912 P.2d 274 (1996) (the State may appeal from a district court order granting in part and denying in part a pretrial petition for a writ of habeas corpus). The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135

18-08927

(1990). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____ Pickering _____, J.
Pickering

_____ Gibbons _____, J.   _____ Hardesty _____, J.
Gibbons                                        Hardesty


cc:    Hon. Jerome M. Polaha, District Judge
       Anthony Clarke
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

_____

[1]Given this order, we take no action on the pro se documents filed on January 18, and 23, 2018.